IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | * | |
| | | INVOLUNTARY CHAPTER 7 |
| WALTERMAN IMPLEMENT, INC., | * | BANKRUPTCY NO. 05-07284 |
| Debtor. | * | |

## FOURTH MOTION TO LIFT STAY RE:
## NEW EQUIPMENT INVENTORY

*ANY PERSON OPPOSING THIS MOTION MUST TIMELY FILE AND SERVE AN ANSWER IN RESISTANCE TO THIS MOTION AT LEAST FIVE (5) DAYS BEFORE THE DATE SET FOR THE PRELIMINARY HEARING ON SAID MOTION PURSUANT TO L.B.R. 4001-1(C)*

COMES NOW, CNH America LLC and CNH Capital America LLC (in places hereinafter referred to collectively as "CNH"), by and through their attorney, Jeffrey P. Taylor of Klinger, Robinson & Ford, L.L.P., and for their Motion to Lift the Automatic Stay, respectfully states to the Court as follows:

1. The CNH entities are Delaware limited liability companies, and are secured creditors of the above-named Debtor.

2. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105, §362, 28 U.S.C. §157, §134, the 1984 Bankruptcy Amendment and Federal Judgeship Act, the 1986 Amendment and Federal Judgeship Act, and the 1986 Bankruptcy Judges U.S. Trustee and Family/Farmer Bankruptcy Act, the Bankruptcy Reform Act of 1994, the Bankruptcy Judgeship Act of 2005, and the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, to the extent applicable in this case. This Court also has jurisdiction as a result of the Order granting the Involuntary Petition and the entry of an Order for Relief dated May 4, 2006.

3. On August 22, 1990, the Debtor executed an Agricultural Equipment Sales and Service Agreement with Case Corporation, a true and accurate copy of which is attached hereto, marked Exhibit "A", and is incorporated herein by this reference.

4. On August 22, 1990, the Debtor executed a Wholesale Financing and Security Agreement with Case Corporation and Case Credit Corporation, a true and accurate copy of which is attached hereto, marked Exhibit "B", and is incorporated herein by this reference.

5. Pursuant to the Agricultural Equipment Sales and Service Agreement, specifically paragraph 3, the Debtor purchased the new items of equipment set forth in the list attached hereto, marked Exhibit "A", and incorporated herein by this reference.

6. Case Corporation was changed to a limited liability company under Delaware law, then known as Case LLC. Case LLC then merged with New Holland North America Inc., a Delaware corporation, which formed CNH America LLC. This entity therefore owns all of the rights previously granted to Case Corporation. Case Credit Corporation was changed to a limited liability company under Delaware law. Case Credit LLC then changed its legal name to CNH Capital America LLC. This entity therefore owns all of the rights previously granted to Case Credit Corporation.

7. The Debtor granted a purchase money security interest in the equipment listed in the attached Exhibit "M" in favor of the Movants (see paragraphs 3 and 5 of Exhibit "B").

8. On March 2, 1987, a UCC Financing Statement was filed with the Iowa Secretary of State by Case Equipment Corporation. This Financing Statement claimed a blanket security interest in property of the Debtor. (See Exhibit "C" attached hereto and incorporated herein by this reference.) On April 4, 1990, the Financing Statement was amended changing the collateral description. A true and accurate copy of this UCC-3 is attached hereto, marked Exhibit "D", and is incorporated herein by this reference. On October 17, 1991, a Continuation Statement was filed with the Iowa Secretary of State.

(See Exhibit "E", attached hereto and incorporated herein by this reference.) On October 31, 1991, a Second Amendment was filed concerning the name of the secured party. (See Exhibit "F", attached hereto and incorporated herein by this reference.) On February 10, 1997, a Continuation Statement was filed with the Iowa Secretary of State. (See Exhibit "G", attached hereto and incorporated herein by this reference.) On November 7, 2001, a UCC "In Lieu Of" Financing Statement was filed with the Delaware Secretary of State. (See Exhibit "H", attached hereto and incorporated herein by this reference.)

9. On May 12, 1994, Case Equipment Corporation filed a Second Financing Statement also claiming a blanket security interest in the Debtor's property. (See Exhibit "I" attached hereto incorporated herein by this reference.) This Financing Statement was amended December 6, 1994 to reflect the name change from Case Equipment Corporation to Case Corporation and Case Credit Corporation (see Exhibit "J" attached hereto and incorporated herein by this reference). This Financing Statement was then continued on March 15, 1999 (see attached Exhibit "K" attached hereto and incorporated herein by this reference). Finally, on July 17, 2003, a UCC Financing Statement was filed with the Delaware Department of State, UCC Filing Section, incorporating the prior Iowa filings by reference under the "In Lieu" of continuation statement provisions of the UCC and by the description of the collateral set forth therein. (This document is attached hereto, marked Exhibit "L", and is incorporated herein by this reference.)

10. The Debtor, prior to the filing of the Involuntary Petition on October 21, 2005, defaulted under the terms of Exhibits "A" and "B", and the Dealership Agricultural Equipment Sales and Service Agreement, along with the Wholesale Financing and Security Agreement were both terminated.

11. As a result of the foregoing, all sums are now due and payable to CNH Capital America LLC. Under the Wholesale Financing and Security Agreement (Exhibit "B"), these sums currently total $15,033,704.79. Additionally, all sums owed to CNH America, LLC are also immediately

due and payable, and these sums currently total $239,460.42. Both balances are secured, in part, by the Debtor's new inventory equipment.

12. The total value of the items of equipment set forth in Exhibit "M" is estimated at $7,232.846.45.

13. As a result of the termination of the Equipment Dealership Agreement (Exhibit "A"), Iowa Code Section 322F.3 requires that CNH repurchase all of the new inventory held for resale by the Debtor herein. As established by the Iowa Code, CNH is under an obligation to repurchase all of the unused complete equipment purchased within 24 months of the date of termination with 100% of the net cost of this equipment being credited to the Debtor's account.

14. Attached hereto, marked Exhibit "M", and incorporated herein by this reference is a listing of all of the new and complete equipment which exists as of May 22, 2006. This statement represents all of the remaining new combines, tractors, heads, and a planter at the Debtor's facility. Given the new models which are currently being produced and delivered to Case IH dealers, the value of the new equipment listed is dropping such that the transfer back to CNH pursuant to Iowa Code Chapter 322F represents the best available value for the estate.

15. Because this case is a pending Chapter 7, no reorganization of the Debtor is going to be effectuated or sought.

16. No equity exists for the estate in the equipment given their value when compared to the obligations which the Debtor owes to CNH (collectively).

17. CNH respectfully gives notice of its reliance upon the attachment of the Exhibits to this Motion as compliance with Local Rule 9070-1, pursuant to Local Rule 4001-1(b)(4).

18. The granting of this Motion will not preclude or prejudice the Trustee or the estate from challenging the validity, extent, and priority of the CNH liens.

WHEREFORE, based upon the foregoing, the undersigned respectfully prays that this Court enter an Order lifting the automatic stay established by 11 U.S.C. §362(a) to allow CNH to proceed with the statutory repurchase of the equipment attached hereto and marked Exhibit "M", applying the credit established by the Iowa Code against the balance owed by the Debtor to CNH. Further, counsel prays for such other additional relief as this Court deems just and equitable in the premises.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26 day of May, 2006, a true copy of this document was served on the parties listed herein below in accordance with all Federal rules and regulations.

_____

Jeffrey P. Taylor LI0009665
KLINGER, ROBINSON & FORD, L.L.P.
401 Old Marion Road NE
P. O. Box 10020
Cedar Rapids, IA 52410-0020
(319) 395-7400
(319) 395-9041 (Facsimile)
jtaylor@krflawfirm.com

ATTORNEY FOR CNH CAPITAL AMERICA LLC AND CNH AMERICA LLC

Copy to:  Renee K. Hanrahan
Eric W. Lam
Michael P. Mallaney
U.S. Trustee